

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | Civil No.   M-08-65 |
| | ) | |
| v. | ) | ANSWER TO COMPLAINT IN |
| | ) | CONDEMNATION, DECLARATION OF |
| 1262.92 ACRES OF LAND, more or less, | ) | TAKING, AND EX PARTE MOTION OF |
| situated in STARR COUNTY, STATE OF | ) | THE UNITED STATES OF AMERICA |
| TEXAS; and DAVID GUERRA, ET AL, | ) | |
| | ) | |
| Defendants. | ) | |

## ORIGINAL ANSWER OF DEFENDANTS DAVID GUERRA AND THE HEIRS OF LOUISE T. GUERRA

Now comes Defendant David Guerra in answer to Plaintiff's Compaint in Condemnation, Declaration of Taking and Ex Parte Motion of the United States of America, and says:

1. Defendant David Guerra is the sole devisee, legatee and heir of Louise T. Guerra, deceased.

2. Defendant David Guerra is the owner of the following portion of the property the subject of this proceeding: Shares 70-B, 73, 74, 84, 85, 86, 87, 88, 89, 90, 91, 92, 93, 94, 95, 98, 99, 111, 112, 113, 114, 115, 117-A, 117-B, 117-C, 119, 120, 122, 123, 124 and 125, Porcion 82, former Jurisdiction of Camargo, Mexico, now Starr County, Texas.

3. Defendant David Guerra denies generally each and every allegation in Plaintiff's pleadings above enumerated and demands strict proof thereof.

WHEREFORE, Defendant David Guerra requests:

1. Plaintiff take nothing against Defendant David Guerra.

2. Should judgment be rendered for Plaintiff, Defendant David Guerra recover:

    A. Damages resulting from Plaintiff's activity on Defendant's property, and

    B. The fair market value of any property of Defendant David Guerra so taken together with damages to the remainder of said property.

3. Defendant recover for costs of court and such other and further relief to which Defendant

David Guerra may be justly entitled.

Respectfully submitted,

_____
David Guerra - Pro Se
P.O. Box 1025
Mission, Texas 78573
Tel: 956-585-1622
Fax: 956-585-0628
E-mail: dhg919@aol.com

### CERTIFICATE OF SERVICE

I certify that a true copy of the above answer has, on this day, been sent by certified mail, return receipt requested to Donald J. DeGabrielle, Jr., United States Attorney, c/o Charles Wendlandt, Assistant United States Attorney, 800 N. Shoreline, Suite 500, Corpus Christi, Texas 78401.

SIGNED  2/21/2008.

_____
David Guerra