PF-225 RIO GRANDE VALLEY SECTOR
DEPARTMENT OF HOMELAND SECURITY
CUSTOMS AND BORDER PROTECTION

Starr County, Texas

Tract: RGV-RGC-2016E   Owner: Estate of James H. Guerra                Acres: 9. 379

BEING 9.379 acres of land located in Porcion No. 82 of the Ancient Jurisdiction of Camargo, said 9.379 acres also being out of and a part of Share 125, Share 124, Share 117C, Share 117B, Share 113, Share 112, and Share 111 as shown on the map of the partition of Porcion 82, Cause No. 2082 of the District Court of Starr County, Texas, all of said Share also being listed in the inventory of the Estate of James H. Guerra, Deceased, No. 1027 of the Probate Records of Starr County, Texas, said 9.379 acres is further described by metes and bounds as follows:

COMMENCING at a 1/2" iron rod found for the northwest corner of Share 96 as shown on the map of the above referenced partition of Porcion 82, said rod also being in the east line of an 822 acre tract of land conveyed by Cipriana De La Cruz, Maria Elena Valadez, Trinidad Aguirre, Jr., and Ricardo Valadez to Abe Katz, et al, d/b/a/ Ringgold Farms by deed executed September 26, 1990 and recorded in Volume 640, Page 390, of the Official Public Records of Starr County, Texas,

THENCE South 9° 01' 57" West along the common line of Porcion 81 and Porcion 82 and with the east line of said 822 acre tract for a distance of 1957.82 feet to a 5/8" iron rod with a plastic cap stamped "RODS" set at the intersection of said line and the proposed north right of way line of the Rio Grande Valley Border Fence (R.G.V.B.F.) for the POINT OF BEGINNING of the herein described 9.379 acres, having Texas State Plane coordinates of N = 16,649,629.74 and E = 889,319.65, said bearings, distances, and coordinate values shown herein are based on the State Plane Coordinate System of Texas, South Zone (4205), North American Datum of 1983, with the CORS96 adjustment, the distances and coordinates shown are grid values and may be converted to surface values using a combined scale factor of 1.00004 (grid x 1.00004 = surface), the area shown has been calculated using grid values:

THENCE along the proposed north right of way line of the R.G.V.B.F. for the next 32 calls as follows:

1. South 11° 22' 09" East for a distance of 4.78 feet to a 5/8" iron rod with a plastic cap stamped "RODS" set for an angle point,

2. South 33° 16' 24" East for a distance of 276.21 feet to a 5/8" iron rod with a plastic cap stamped "RODS" set for an angle point,

3. South 31° 34' 39" East for a distance of 297.52 feet to a 5/8" iron rod with a plastic cap stamped "RODS" set for an angle point,



4. South 39° 14' 25" East for a distance of 509.08 feet to a 5/8" iron rod with a plastic cap stamped "RODS" set for an angle point,

5. South 13° 31' 27" East for a distance of 215.62 feet to a 5/8" iron rod with a plastic cap stamped "RODS" set for an angle point,

6. South 27° 40' 04" East for a distance of 146.11 feet to a 5/8" iron rod with a plastic cap stamped "RODS" set for an angle point,

7. North 88° 11' 11" East for a distance of 146.23 feet to a 5/8" iron rod with a plastic cap stamped "RODS" set for an angle point,

8. South 04° 36' 01" West for a distance of 537.78 feet to a 5/8" iron rod with a plastic cap stamped "RODS" set for an angle point,

9. South 59° 41' 55" East for a distance of 207.22 feet to a 5/8" iron rod with a plastic cap stamped "RODS" set for an angle point,

10. South 09° 53' 20" East for a distance of 143.98 feet to a 5/8" iron rod with a plastic cap stamped "RODS" set for an angle point,

11. South 07° 23' 00" West for a distance of 457.20 feet to a 5/8" iron rod with a plastic cap stamped "RODS" set for an angle point,

12. South 75° 29' 35" West for a distance of 80.64 feet to a 5/8" iron rod with a plastic cap stamped "RODS" set for an angle point,

13. South 18° 16' 21" West for a distance of 258.01 feet to a 5/8" iron rod with a plastic cap stamped "RODS" set for an angle point,

14. South 04° 46' 27" East for a distance of 110.12 feet to a 5/8" iron rod with a plastic cap stamped "RODS" set for an angle point,

15. South 45° 31' 19" West for a distance of 54.17 feet to a 5/8" iron rod with a plastic cap stamped "RODS" set for an angle point,

16. South 07° 57' 59" East for a distance of 73.57 feet to a 5/8" iron rod with a plastic cap stamped "RODS" set for an angle point,

17. South 24° 21' 51" East for a distance of 703.46 feet to a 5/8" iron rod with a plastic cap stamped "RODS" set for an angle point,

18. South 36° 31' 21" East for a distance of 389.10 feet to a 5/8" iron rod with a plastic cap stamped "RODS" set for an angle point,

19. South 60° 36' 26" East for a distance of 338.77 feet to a 5/8" iron rod with a plastic cap stamped "RODS" set for an angle point,

20. South 20° 33' 17" East for a distance of 255.22 feet to a 5/8" iron rod with a plastic cap stamped "RODS" set for an angle point,

21. South 42° 38' 31" East for a distance of 225.73 feet to a 5/8" iron rod with a plastic cap stamped "RODS" set for an angle point,

22. North 81° 11' 56" East for a distance of 56.78 feet to a 5/8" iron rod with a plastic cap stamped "RODS" set for an angle point,

23. South 53° 42' 13" East for a distance of 103.41 feet to a 5/8" iron rod with a plastic cap stamped "RODS" set for an angle point,

24. South 64° 49' 30" East for a distance of 135.63 feet to a 5/8" iron rod with a plastic cap stamped "RODS" set for an angle point,

25. South 60° 22' 26" East for a distance of 127.19 feet to a 5/8" iron rod with a plastic cap stamped "RODS" set for an angle point,

26. North 74° 23' 29" East for a distance of 117.33 feet to a 5/8" iron rod with a plastic cap stamped "RODS" set for an angle point,

27. South 60° 50' 40" East for a distance of 52.55 feet to a 5/8" iron rod with a plastic cap stamped "RODS" set for an angle point,

28. South 23° 11' 16" East for a distance of 62.23 feet to a 5/8" iron rod with a plastic cap stamped "RODS" set for an angle point,

29. South 55° 28' 19" East for a distance of 111.52 feet to a 5/8" iron rod with a plastic cap stamped "RODS" set for an angle point,

30. South 71° 19' 12" East for a distance of 577.19 feet to a 5/8" iron rod with a plastic cap stamped "RODS" set for an angle point,

31. South 33° 55' 23" East for a distance of 48.24 feet to a 5/8" iron rod with a plastic cap stamped "RODS" set for an angle point,

32. North 77° 36' 58" East for a distance of 4.51 feet to a 5/8" iron rod with a plastic cap stamped "RODS" set, in the east line of Share 125 of Porcion 82 and in the west line of Porcion 83, the same being the west line of a 127.940 acre tract of land owned by the United States of America by deed executed May 16, 1994 and recorded in Volume 709, Page 477, of said Official Records

THENCE South 09° 23' 07" West along the common line of Share 125 and said 127.940 acre tract for a distance of 64.61 to a point on the proposed south right of way line of the R.G.V.B.F.;

THENCE along the proposed south right of way line of the R.G.V.B.F. as follows for the next 32 calls:

1. THENCE South 77° 36' 58" West for a distance of 21.37 feet to an angle point,

2. THENCE North 33° 55' 23" West for a distance of 68.75 feet to an angle point,

3. THENCE North 71° 19' 12" West for a distance of 565.24 feet to an angle point,

4. THENCE North 55° 28' 19" West for a distance of 137.24 feet to an angle point,

5. THENCE North 23° 11' 16" West for a distance of 59.14 feet to an angle point,

6. THENCE North 60° 50' 40" West for a distance of 7.38 feet to an angle point,

7. THENCE South 74° 23' 29" West for a distance of 117.62 feet to an angle point,

8. THENCE North 60° 22' 26" West for a distance of 149.86 feet to an angle point,

9. THENCE North 64° 49' 30" West for a distance of 139.14 feet to an angle point,

10. THENCE North 53° 42' 13" West for a distance of 84.34 feet to an angle point,

11. THENCE South 81° 11' 56" West for a distance of 63.88 feet to an angle point,

12. THENCE North 42° 38' 31" West for a distance of 269.45 feet to an angle point,

13. THENCE North 20° 33' 17" West for a distance of 245.06 feet to an angle point,

14. THENCE North 60° 36' 26" West for a distance of 329.70 feet to an angle point,

15. THENCE North 36° 31' 21" West for a distance of 408.29 feet to an angle point,

16. THENCE North 24° 21' 51" West for a distance of 718.50 feet to an angle point,

17. THENCE North 07° 57' 59" West for a distance of 112.45 feet to an angle point,

18. THENCE North 45° 31' 19" East for a distance of 56.24 feet to an angle point,

19. THENCE North 04° 46' 27" West for a distance of 94.19 feet to an angle point,

20. THENCE North 18° 16' 21" East for a distance of 302.97 feet to an angle point,

21. THENCE North 75° 29' 35" East for a distance of 72.81 feet to an angle point,

22. THENCE North 07° 23' 00" East for a distance of 407.53 feet to an angle point,

23. THENCE North 09° 53' 20" West for a distance of 107.01 feet to an angle point,

24. THENCE North 59° 41' 55" West for a distance of 217.08 feet to an angle point,

25. THENCE North 04° 36' 01" East for a distance of 508.37 feet to an angle point,

26. THENCE South 88° 11' 11" West for a distance of 116.71 feet to an angle point,

27. THENCE North 27° 40' 04" West for a distance of 191.16 feet to an angle point,

28. THENCE North 13° 31' 27" West for a distance of 209.36 feet to an angle point,

29. THENCE North 39° 14' 25" West for a distance of 499.40 feet to an angle point,

30. THENCE North 31° 34' 39" West for a distance of 300.65 feet to an angle point,

31. THENCE North 33° 16' 24" West for a distance of 211.87 feet to a point in the common line of said 822 acre tract and Share 111,

THENCE North 09° 01' 57" East for a distance of 91.79 feet to the POINT OF BEGINNING, said described tract containing 9.379 acres more or less.

9 Sep 10                                                       Tract: RGV-RGC-2016E